IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DEMETRIEL LAQUINTON FLOYD, SR.                                    PLAINTIFF

v.                              Case No. 4:26-cv-04028

MARIA HERNANDEZ;
TERRY MORRIS; and
BARBARA VALENTINE                                                DEFENDANTS

## ORDER

Before the Court is a Report and Recommendation filed on May 22, 2026, by the Honorable Spencer G. Singleton, United States Magistrate Judge for the Western District of Arkansas. ECF No. 9. Judge Singleton found that Plaintiff's claim that he was denied a breakfast tray on March 30, 2026, does not rise to the level of a cognizable constitutional violation. *Id.* at 5. Judge Singleton recommends that Plaintiff's Complaint be dismissed without prejudice as frivolous pursuant to 28 U.S.C. § 1915A(b)(1).

Plaintiff has not objected to the Report and Recommendation, and the time to do so has passed.[1] *See* 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Singleton's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 9) *in toto*. Accordingly, the Court finds that Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 22nd day of July, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
Senior United States District Judge

---

[1] On May 26, 2026, Plaintiff filed a notice of change of address, and the Court resent the Report and Recommendation to Plaintiff's new address. ECF No. 10. The resent Report and Recommendation was not returned marked as undeliverable.